UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| NORMAN CALLAHAN | CIVIL ACTION |
| VERSUS | NO. 22-4759 |
| UNUM LIFE INSURANCE COMPANY OF AMERICA | SECTION: D (4) |

## ORDER DISMISSING CASE

Before the Court is a Joint Motion and Order for Dismissal (R. Doc. 15) filed by the Plaintiff, Norman Callahan, and the Defendant, Unum Life Insurance Company of America.

Accordingly,

**IT IS HEREBY ORDERED** that the Motion is **GRANTED**.

**IT IS FURTHER ORDERED** that Plaintiff's claims against the Defendant are hereby **DISMISSED with prejudice**.

New Orleans, Louisiana, August 9, 2023.

*/s/ Wendy B. Vitter*
**WENDY B. VITTER**
**United States District Judge**